PER CURIAM.
Miller appeals his conviction of burglary of a dwelling with a battery[1] and his sentence which resulted in a four-bracket departure beyond the presumptive sentence recommended by the guidelines.[2] We affirm the conviction, but vacate the sentence.
The sole reason for the departure in this case was Miller’s habitual offender status. This is no longer a valid reason to impose a departure sentence under the guidelines.[3] Accordingly, we vacate the sentence and remand for resentencing.
AFFIRM CONVICTION; VACATE SENTENCE AND REMAND FOR RE-SENTENCING.
UPCHURCH, C.J., and DAUKSCH and SHARP, JJ., concur.

. § 810.02(2), Fla.Stat. (1985).

. FIa.R.Crim.P. 3.701.

. Whitehead v. State, 498 So.2d 863 (Fla.1986); Neeley v. State, 498 So.2d 690 (Fla. 5th DCA, 1986).